IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TITUS WILLIAMS,<br><br>          Plaintiff,<br><br>vs.<br><br>STATE OF NEBRASKA, LANCASTER COUNTY JAIL, and WILLIAM GORACKE,<br><br>          Defendants. | 8:22CV438<br><br>**MEMORANDUM AND ORDER** |

This matter is before the Court on Plaintiff's Motion for Extension of Time to pay his initial partial filing fee. Filing No. 8. Plaintiff indicates that he requires additional time to make the partial payment of $58.25. Upon consideration,

IT IS ORDERED, that:

1. Plaintiff's Motion for Extension of Time, Filing No. 8, is granted. Plaintiff shall have until March 3, 2023, to pay the initial partial filing fee of $58.25.

2. The Clerk of the Court is directed to set the following pro se case management deadline: **March 3, 2023**: check for payment of initial partial filing fee.

Dated this 1st day of February, 2023.

BY THE COURT:

*Joseph F. Bataillon*
Joseph F. Bataillon
Senior United States District Judge