IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TITUS WILLIAMS,<br><br>           Plaintiff,<br><br>vs.<br><br>STATE OF NEBRASKA, LANCASTER COUNTY JAIL, and WILLIAM GORACKE,<br><br>           Defendants. | 8:22CV438<br><br>MEMORANDUM AND ORDER |

On September 25, 2024, the Court ordered Plaintiff Titus Williams ("Plaintiff") to file an amended complaint within 30 days or face dismissal of this action. Filing No. 18. On November 4, 2024, following the return of the September 25 Order to this Court, Plaintiff was ordered to update his address by December 4, 2024, or this action would be dismissed. Filing No. 20. To date, Plaintiff has not filed an amended complaint, updated his address, or taken any other action in this matter.

IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this Court's orders. The Court will enter judgment by a separate document.

Dated this 10th day of December, 2024.

BY THE COURT:

*Joseph F. Bataillon*
Joseph F. Bataillon
Senior United States District Court